UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80682-CIV-SMITH

INGRID SOLANGE MANGUAL,

    Plaintiffs

vs.

PATRIOT DISASTER SPECIALIST, LLC, *ET AL.*,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation Following FLSA Fairness Hearing [DE 23], in which she recommends granting the parties' Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice [DE 21]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation Following FLSA Fairness Hearing [DE 23] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The parties' Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice [DE 21] is **GRANTED.**

3) All pending motions are **DENIED as moot.**

4) This case is **DISMISSED with prejudice.**

  5)  This case is **CLOSED.**

  **DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of August 2022.

<em>/s/ Rodney Smith</em>

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record